IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00735-RPM

TOMMY DURANT,

    Plaintiff,

v.

MILLER COORS, LLC,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION TO COMPEL

---

    Upon consideration of the Defendant's Motion to Compel, filed August 31, 2009, and the plaintiff's response, it is

    ORDERED that the motion to compel is denied.

    Dated:  September 16th , 2009

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge