IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00735-RPM

TOMMY DURANT,

    Plaintiff,

v.

MILLER COORS, LLC,

    Defendant.

---

ORDER FOR ENTRY OF JUDGMENT

---

Pursuant to the oral findings and conclusions made on record at the hearing held today, it is

ORDERED that the defendant's motion for summary judgment [28] is granted. The Clerk will enter judgment dismissing all plaintiff's claims in this action and awarding defendant its costs.

Dated: May 10th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge